UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY NOLAN RENOBATO, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-07-0046 |
| COMPASS BANK CORPORATION, | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Mr. Christopher Allen of Andrews Kurth, LLP, 600 Travis Street, Suite 4200, Houston, Texas, 77002, has represented to the Court that he is the attorney of record in this case. All future pleadings should therefore be served only upon Mr. Allen at the above address.

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT