UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY NOLAN RENOBATO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0046 |
| § | |
| COMPASS BANK CORPORATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

The Court is persuaded that Plaintiff Jay Nolan Renobato's claims fall within the scope of an agreement to arbitrate that is enforceable under the Federal Arbitration Act ("FAA"). 9 U.S.C. § 2 (2006); *see Citizens Bank v. Alfabco, Inc.*, 539 U.S. 52, 57 (2003). Thus, Defendant Compass Bank's Motion to Refer to Arbitration and for Stay (Doc. No. 6) is **GRANTED**. This case will be stayed pending the outcome of arbitration.

All other pending motions are **DISMISSED** without prejudice to refiling.

**IT IS SO ORDERED.**

**SIGNED** this 21st day of February, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT