UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY NOLAN RENOBATO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0046 |
| § | |
| COMPASS BANK CORPORATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration, Motion for Warranted Reversal, and Motion to Vacate (Doc. No. 22). Plaintiff raises no new arguments in his Motion to persuade the Court that his claims do not fall within the scope of an enforceable agreement to arbitrate. Thus, Plaintiff's Motion is **DENIED** and this Court's Memorandum and Order of February 21, 2007, stands. This case is stayed pending the outcome of arbitration, and if Plaintiff wishes to pursue his claims, he should do so according to the governing arbitration provisions.

**IT IS SO ORDERED.**

**SIGNED** this 13th day of March, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT