UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAY NOLAN RENOBATO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-0046 |
| § | |
| COMPASS BANK CORPORATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Notice of Error and Independent Action for Relief (Doc. No. 27), which is, in its essence, a motion for reconsideration of this Court's rulings of February 21, 2007 (Doc. No. 20), and March 13, 2007 (Doc. No. 26). Once again, Plaintiff raises no new arguments to persuade the Court that his claims do not fall within the scope of an enforceable agreement to arbitrate. Thus, Plaintiff's Motion is **DENIED** and this Court's Memorandum and Order of February 21, 2007, and of March 13, 2007, stand.

IT IS SO ORDERED.

SIGNED this 30th day of July, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT